# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, David E. | Eastern District of California | 01/26/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Recalled Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee of Family Trust. Assets reported in Part VII | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 19, 2016 to May 22, 2016 | Indian Wells, California | Participation in Bankruptcy Programs for profesionals | 3 nights lodging and some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 01/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SMR IRA | | | | | | | | | |
| 2. American Electric Power Co | A | Dividend | J | T | | | | | |
| 3. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 4. BP PLC ADS | A | Dividend | J | T | | | | | |
| 5. Chico Fas Inc. | A | Dividend | J | T | | | | | |
| 6. Clorox Co | A | Dividend | J | T | | | | | |
| 7. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 8. General Mills Inc. | A | Dividend | J | T | | | | | |
| 9. Hawaiian Electric Ind | A | Dividend | J | T | | | | | |
| 10. Nestle Spon ADR Reg Shr | A | Dividend | J | T | | | | | |
| 11. Pepsico Inc | A | Dividend | J | T | | | | | |
| 12. PG&E Corporation | A | Dividend | J | T | | | | | |
| 13. Plum Creek Timber | | | | | Merged (with line 16) | 02/22/16 | J | | Bought by Weyerhaeuser Co |
| 14. Procter & Gamble | A | Dividend | J | T | | | | | |
| 15. Target Corp | A | Dividend | J | T | | | | | |
| 16. Weyerhaeuser Co | A | Dividend | J | T | Open | | | | See #13 above |
| 17. M/S Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DER IRA (see Part VIII) | | | | | | | | | |
| 19. M/S Bank | A | Interest | K | T | | | | | |
| 20. STOCKS Common Stocks | | | | | | | | | |
| 21. Activision Blizzard Inc | | None | J | T | Buy | 07/25/16 | J | | |
| 22. Amn Healthcare | | None | J | T | Buy | 09/08/16 | J | | |
| 23. Anheuser Busch Invev | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 24. Anthem Inc | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 25. Baidu Inc ADR | | None | J | T | Buy | 09/08/16 | J | | |
| 26. Caesarstone Ltd | | None | J | T | Buy | 08/02/16 | J | | |
| 27. Cheniere Energy Inc New | | None | | | Sold | 07/26/16 | J | | Loss on sale |
| 28. Cheniere Energy Partners LP | A | Dividend | J | T | Sold (part) | 07/28/16 | J | | Loss on sale |
| 29. Chipolte Mexican Grill | | None | J | T | Buy | 09/09/16 | J | | |
| 30. Cisco Systems Inc | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 31. Cummins Inc | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 32. Energy Trans Eqty LP | A | Distribution | | | Sold | 07/28/16 | J | | Loss on sale |
| 33. First American Financial Corp | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 34. Markel Corporation | | None | J | T | Buy | 09/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mastercard Inc | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 36. Mccormick & Co Inc | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 37. MPLX Com Unit Rep LTD | A | Dividend | | | Sold | 07/26/16 | J | | Loss on sale |
| 38. Nike Inc CL B | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 39. Oaktree Capital Group LLC Unit Class A | A | Distribution | J | T | Buy | 07/25/16 | J | | |
| 40. Oneoak Inc | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 41. Open Text Corp | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 42. Paypal Hldgs Inc | | None | J | T | Buy | 09/09/16 | J | | |
| 43. Pfizer Inc | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 44. Regeneron Pharmaceuticals Inc | | None | J | T | Buy | 08/02/16 | J | | |
| 45. Retail Opportunity Invest Corp | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 46. Ryman Hospitality Properties REIT | A | Distribution | J | T | Buy | 08/02/16 | J | | |
| 47. Sherwin Williams Co | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 48. Starbucks Corp | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 49. Summit Midstream Partners LP | A | Distribution | | | Sold | 07/26/16 | J | | Loss on sale |
| 50. Sunoco LP | A | Dividend | J | T | Buy | 07/28/16 | J | | |
| 51. T-Mobil US Inc | | None | J | T | Buy | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TD Ameritrade Holdings Corp | A | Dividend | J | T | Buy | 07/18/16 | J | | |
| 53. Ternium SA SPNS ADR | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 54. Total SA SPNS ADR | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 55. UGI Holding Group | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 56. Walt Disney Co | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 57. Williams Sonoma Inc | A | Dividend | J | T | Buy | 07/25/16 | J | | |
| 58. OPTIONS | | | | | | | | | |
| 59. Anheuser Busch Inbev 3/17/2017 Put | A | Dividend | J | T | Open | 11/08/16 | J | | |
| 60. Facebook Inc 6/16/2017 Put | A | Dividend | J | T | Open | 12/07/16 | J | | |
| 61. Nike Inc 1/18/2019 Call | | None | J | T | Buy | 10/03/16 | J | | |
| 62. Walt Disney Co 1/18/2019 Call | | None | J | T | Buy | 10/10/16 | J | | |
| 63. EXCHANGE TRADED & CLOSED END FUNDS | | | | | | | | | |
| 64. ISHARES IBoxx Invest Gr Cor Bd | A | Dividend | J | T | Sold (part) | 07/26/16 | J | A | |
| 65. ISHARES Micro-Cap ETF | | None | | | Sold | 01/26/16 | J | | Loss on sale |
| 66. ISHARES S&P 500 GRWTH ETF | A | Dividend | J | T | Sold (part) | 07/28/16 | J | A | |
| 67. ISHARES S&P 500 VAL ETF | A | Dividend | J | T | Sold (part) | 07/28/16 | J | A | |
| 68. ISHARES S&P Mid-Cap 400 G ETF | A | Dividend | J | T | Sold (part) | 07/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES Mid-Cap 400 V ETF | A | Dividend | J | T | | | | | |
| 70. ISHARES Edge MSCI Min Vol EAFE | A | Dividend | J | T | Buy | 08/02/16 | J | | |
| 71. SPDR DJ Wilshire Global REA | | | | | Merged (with line 72) | 07/13/16 | | | Naame Changed to Line 72 |
| 72. SPDR Global Real Estate ETF | A | Dividend | J | T | | | | | |
| 73. Vsnguard FTSE Developed Markets | | None | | | Sold | 02/10/16 | J | | Loaa on sale |
| 74. Vanguard FTSE Pacific ETF | | None | | | Sold | 02/10/16 | J | | Loss on sale |
| 75. Vanguard Sm Cap Growth ETF | A | Dividend | J | T | | | | | |
| 76. Vangurard Sm Cap Value ETF | A | Dividend | J | T | Sold (part) | 07/28/16 | J | A | |
| 77. Vanguard Total Bond Market | A | Dividend | J | T | Sold (part) | 07/26/16 | J | A | |
| 78. Western Asset Global High Income Fund Inc | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 79. Wisdom Tree Europe Hedged Equit | A | Dividend | | | Sold | 07/18/16 | J | | Loss on Sale |
| 80. MUTUAL FUNDS | | | | | | | | | |
| 81. AQR Managed Futures Strategy I | A | Dividend | | | Sold | 07/15/16 | J | A | |
| 82. Blackrock Mulsri-Asset Inc Inst | A | Dividend | | | Sold | 07/25/16 | K | | Loss on sale |
| 83. Columbia Select LG CP Growth Z | A | Dividend | | | Sold | 07/15/16 | K | | Loss on sale |
| 84. First Eagle Global I | A | Dividend | J | T | | | | | Reinvest Cap Gains & Divds |
| 85. Goldman Sachs Strategic Inc I | A | Dividend | | | Sold | 07/15/16 | K | | Loss on sale |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Locorr Market Trend I | A | Dividend | | | Buy | 02/05/16 | J | | |
| 87. | Locorr Market Trend I | | | | | Sold | 07/25/16 | J | | Loss on sale |
| 88. | Oppenheimer Intl Smll-Mid Co Y | A | Dividend | | | Sold | 07/15/16 | J | C | |
| 89. | Prudential Total Return Bd Z | A | Dividend | | | Sold | 07/20/16 | K | A | |
| 90. | Templeton GLB Total Return Adv | A | Dividend | | | Sold | 02/10/16 | J | | Loss on Sale |
| 91. | CASH FUNDS | | | | | | | | | |
| 92. | 1. American Express Savings | B | Interest | M | T | | | | | |
| 93. | 2. Golden 1 Credit Union | A | Int./Div. | J | T | | | | | |
| 94. | 3. Safe Credit Union | A | Int./Div. | J | T | | | | | |
| 95. | 4. Schools Financial Credit Union | A | Int./Div. | K | T | | | | | |
| 96. | INSURANCE CASH SURRENDER VALUES X | | | | | | | | | See Part VIII |
| 97. | American General Life Ins Co Universal Life Ins Policy | A | Interest | K | T | | | | | |
| 98. | New York Life Life Insurance Policy | A | Interest | J | T | | | | | |
| 99. | FAMILY TRUST | | | | | | | | | |
| 100. | M/S Bank & Money Mkt Fds | A | Interest | K | T | | | | | |
| 101. | STOCKS Common Stocks | | | | | | | | | |
| 102. | 3M Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 104. Abbieve Inc Com | A | Dividend | J | T | | | | | |
| 105. Aflac Incorporated | A | Dividend | J | T | | | | | |
| 106. Alphabet Inc Cl A | | None | J | T | | | | | |
| 107. Alphabet Inc Cl C | | None | J | T | | | | | |
| 108. Altria Group Inc | A | Dividend | J | T | | | | | |
| 109. Amazon Com Inc | | None | J | T | Buy | 07/25/16 | J | | |
| 110. American Tower REIT Com | A | Distribution | J | T | | | | | |
| 111. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 112. Apple Inc | A | Dividend | J | T | | | | | |
| 113. Arthur J. Gallagher | A | Dividend | J | T | | | | | |
| 114. AT&T | A | Dividend | J | T | | | | | |
| 115. Atmos Energy | A | Dividend | J | T | | | | | |
| 116. Bank of Nova Scotia | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 117. Berkshire Hathaway B | | None | K | T | | | | | |
| 118. Catapillar Inc | A | Dividend | J | T | | | | | |
| 119. Celgene Corp | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Charter Commucations Inc | A | Dividend | J | T | Open | 05/19/16 | | | See Part VIII |
| 121. Chevron Corp | A | Dividend | J | T | | | | | |
| 122. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 123. Conoco Phillips | A | Dividend | J | T | | | | | |
| 124. Costco Wholesale Corp New | A | Dividend | J | T | | | | | |
| 125. CSX Corp | A | Dividend | J | T | | | | | |
| 126. CVS Health Corp Com | A | Dividend | J | T | | | | | |
| 127. Dow Chemical Company | A | Dividend | J | T | | | | | |
| 128. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 129. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 130. Facebook Inc CL-A | | None | J | T | Buy | 07/25/16 | J | | |
| 131. Ford Motor Co New | A | Dividend | J | T | | | | | |
| 132. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 133. Gamestop Corp CL A New | A | Dividend | J | T | Buy | 11/03/16 | J | | |
| 134. Glaxosmithkline PLC ADS | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 135. Halyard Health | | None | J | T | | | | | |
| 136. Home Depot Inc | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 138. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 139. Kinder Morgan Incorp | A | Dividend | J | T | | | | | |
| 140. Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 141. Leucadia Nat CP | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 142. Linkedin Corp | | None | | | Sold | 06/17/16 | J | | Loss on sale |
| 143. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 144. MercadoLibre Inc | A | Dividend | J | T | | | | | |
| 145. MetLife Incorporated | A | Dividend | J | T | | | | | |
| 146. Microsoft Corp | A | Dividend | J | T | | | | | |
| 147. Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |
| 148. Nextera Energy Inc Com | A | Dividend | K | T | | | | | |
| 149. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 150. Novo Nordisk A/S ADR | A | Dividend | J | T | Buy | 07/05/16 | J | | |
| 151. Otter Tail Corp | A | Dividend | J | T | | | | | |
| 152. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 153. Phillips 66 Com | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Royal Dutch Shell PLC (RDS'A) | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 155. Skyworks Solutions | A | Dividend | | | Buy | 06/16/16 | J | | |
| 156. Skyworks Solutions | | | | | Sold | 08/22/16 | J | A | |
| 157. Spectra Energy Corp | A | Dividend | K | T | | | | | |
| 158. Sysco Corp | A | Dividend | J | T | | | | | |
| 159. Time Inc | A | Dividend | J | T | | | | | |
| 160. Time Warner Cable Inc New | A | Dividend | | | Redeemed | 05/19/16 | K | D | See Part VIII |
| 161. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 162. TJX COS Inc New | A | Dividend | L | T | | | | | |
| 163. USG Corp New | | None | K | T | | | | | |
| 164. Verizon Communications | A | Dividend | J | T | | | | | |
| 165. Waste Connections | A | Dividend | | | Merged (with line 166) | 06/01/16 | K | D | See Part VIII |
| 166. Waste Connections Inc | A | Dividend | K | T | | | | | See Part VIII |
| 167. Welltower Inc | A | Dividend | J | T | | | | | |
| 168. OPTIONS | | | | | | | | | |
| 169. American Express Co 11/18/2016 Put | A | Dividend | | | Open | 10/14/16 | J | | |
| 170. Anheuser Busch Inbev SA 1/18/2019 Call | | None | J | T | Buy | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Netfflix Inc 10/21/2016 Put | A | Dividend | | | Open | 07/19/16 | J | | |
| 172. Nike Inc B 1/19/2018 Call | | None | J | T | Buy | 12/19/16 | J | | |
| 173. Wal Mart Stores Imc 1/18/2019 Call | | None | J | T | Buy | 12/23/16 | J | | |
| 174. Wells Fargo & Co New 1/19/2018 Call ) | | None | J | T | Buy | 04/14/16 | J | | |
| 175. EXCHANGE TRADED & CLOSED END FUNDS | | | | | | | | | |
| 176. Blackrock Cal Muni Inc Trust | A | Int./Div. | J | T | | | | | |
| 177. IShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 178. IShares Emergilng Mkts ETF | A | Dividend | J | T | | | | | |
| 179. Prospect Capital Corp | A | Distribution | J | T | | | | | |
| 180. SPDR S & P Emerging Asia Pacif | A | Dividend | J | T | | | | | |
| 181. The Technology Sel Sec SPDR FD | A | Dividend | K | T | | | | | |
| 182. MUNICIPAL BONDS | | | | | | | | | |
| 183. California St Genl Oblig Bds | A | Interest | K | T | Merged (with line 185) | | K | | See Part VIII |
| 184. California St Genl Oblig Bds | A | Interest | J | T | | | J | | SeePart VIII |
| 185. MUTUAL FUNDS | | | | | | | | | |
| 186. Columbia Select Smllr Cap Val A | A | Distribution | J | T | | | | | |
| 187. Franklin CA Tax Free Income Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Franklin Mutual Global Discovery A | A | Distribution | J | T | | | | | |
| 189. Thornburg CA Ltd Term Muni A Fd | A | Dividend | J | T | | | | | |
| 190. REAL PROPERTY | | | | | | | | | |
| 191. Rental Property, Lincoln, CA | E | Rent | N | W | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 01/26/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 01/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Lines 96-98. The cash surrender values of the two life insurance policies (Lines 97 and 98) were inadvertently omidtdted from prior reports.

Part VII Lines 120 and 160. Charter Cinnmucations bought Time Warner Cable for cash and Charter Communications common stock.

Part VII Lines 165-166. Waste Connections was sold to a Canadian company, which formed a subsidiary company named Waste Connections Inc.which merged with Waste Connections.

Part VII Lines 183-184. The California Municipal Bonds were divided for ultimate redemption. The call dates were changed, so that one part could be called or redeemed before the other

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ David E. Russell

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544